UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HARRIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONCORD SERVICING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01158-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AS TO CONCORD SERVICING CORPORATION ONLY<br><br>(ECF No. 17) |

On October 29, 2020, Plaintiff Angela Harris filed a notice of voluntary dismissal of defendant Concord Servicing Corporation only, with prejudice. (ECF No. 17.) Defendant Concord Servicing Corporation has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Concord Servicing Corporation has ended, and Concord Servicing Corporation is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to indicate that defendant Concord Servicing Corporation is terminated from this action as of the date this order is entered.

IT IS SO ORDERED.

Dated: **November 2, 2020**

　　　　　　　　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1