UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONCORD SERVICING CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01158-NONE-EPG<br><br>ORDER RE: DISMISSAL DOCUMENTS |

On October 2, 2020, Plaintiff filed a notice of settlement with Defendant Equifax Information Services, LLC. (ECF No. 13.) Pursuant to the notice of settlement, on October 9, 2020, the Court directed the parties to file appropriate dismissal documents no later than December 15, 2020. (ECF No. 15.) To date, the parties have not filed any dispositional papers regarding Equifax Information Services, LLC.

Accordingly, IT IS HEREBY ORDERED that, within seven days of entry of this Order, the parties shall either (1) submit appropriate dismissal documents; or (2) file a status report addressing whether there is good cause to extend the time for filing dispositional papers pursuant to Local Rule 160(b).

IT IS SO ORDERED.

Dated: **January 3, 2021**           /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE