UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>CONCORD SERVICING CORPORATION, et al.,<br><br>   Defendants. | Case No.  1:20-cv-01158-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC<br><br>(ECF No. 22) |

On January 4, 2021, Plaintiff Angela Harris filed a notice of voluntary dismissal of defendant Equifax Information Services, LLC with prejudice. (ECF No. 22.) Defendant Equifax Information Services, LLC has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Equifax Information Services, LLC has ended and Equifax Information Services, LLC is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). As all defendants have now been dismissed, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

   Dated:  **January 6, 2021**                     /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE